# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISAAC JACOB GALVAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-CR-00456-ODW-1<br><br>**ORDER MODIFYING BOND** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *ex parte* application to modify bond is GRANTED. Defendant's location monitoring restriction is changed from home detention to a curfew as directed by Pretrial Services.

Dated:　February 4, 2025　　　　By　*/s/ Otis D. Wright*
　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　United States District Judge

cc:USPO/PSA