UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ISAAC JACOB GALVAN and<br>YICHANG BAI,<br><br>      Defendants. | No. CR 23-00456-ODW-1,2<br><br><u>ORDER CONTINUING TRIAL DATE AND</u><br><u>FINDINGS REGARDING EXCLUDABLE TIME</u><br><u>PERIODS PURSUANT TO SPEEDY TRIAL</u><br><u>ACT</u><br><br>**TRIAL DATE: 12-09-2025** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 6, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants ISAAC JACOB GALVAN and YICHANG BAI (collectively, "defendants") in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants

continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. Trial in this matter for defendants is continued from June 10, 2025 to December 9, 2025.  The Court will set a pretrial hearing if necessary.

2. The time period of June 10, 2025 to December 9, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. Defendants shall appear in Courtroom 5D of the United States Courthouse, 350 W. 1st Street, Los Angeles, California 90012 **on December 9, 2025 at 9:00 a.m.**

///

///

///

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

May 7, 2025
DATE

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE